Michael A. Dias, SBN 183705
Sarah M. Hacker, SBN 239338
DIAS LAW FIRM, INC.
502 West Grangeville Boulevard
Hanford, California 93230
Telephone:  (559) 585-7330
Facsimile:  (559) 585-7335

Attorneys for Defendant
   Jesse J. Amaral, Jr.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  CR 14-437-1-CRB |
| Plaintiff, | |
| v. | **STIPULATED MOTION TO RELEASE BAIL TO VICTIM BN RANCH;** [PROPOSED] **ORDER** |
| JESSE J. AMARAL, JR. | |
| Defendant. | |

  The defendant, JESSE J. AMARAL, JR. (hereinafter "Mr. Amaral") submits this stipulated motion to release Mr. Amaral's bail to victim, payable to BN Ranch, care of Phil David at the address of 1079 Martino Road, Lafayette, California 94549.  Pursuant to the settlement agreement with BN Ranch, Mr. Amaral agreed to assign any claim to his bail over to BN Ranch as payment in restitution.  On March 25, 2016, Mr. Amaral surrendered himself to Federal Correctional Institution, Terminal Island.  Since bail is no longer needed to secure Mr. Amaral's appearance, Mr. Amaral requests this Court to release his bail to BN Ranch.

  SO STIPULATED.

Dated: April 1, 2016.      Respectfully submitted,

              DIAS LAW FIRM, INC.

              /S/
              MICHAEL A. DIAS, Esq.
              Attorney for Defendant,

Dias Law Firm, Inc.
Michael A. Dias
Jonette M. Montgomery
John C. Umscheid
Alicia D. Wrest
Sarah M. Hacker
Jimmy J. Rodriguez

|   |   |
|---|---|
| Dated: April ___, 2016 | JESSE J. AMARAL, JR.<br>BRIAN J. STRETCH<br>United States Attorney |
|   | _____/S/_____<br>HARTLEY M.K. WEST<br>Assistant United States Attorney |

### [PROPOSED] ORDER

Based on the Parties' stipulated motion and for good cause shown, the Court releases the defendant, Jesse J. Amaral's bail payable to BN Ranch, care of Phil David at the address of 1079 Martino Road, Lafayette, California 94549.

Dated: April 8, 2016                    _____
                                         CHARLES R. BREYER
                                         United States District Court Judge

STIP. MOT. TO RELEASE BAIL TO VICTIM BN RANCH; [PROPOSED] ORDER                2

Dias Law Firm, Inc.
Michael A. Dias
Jonette M. Montgomery
John C. Umscheid
Alicia D. Wrest
Sarah M. Hacker
Jimmy J. Rodriguez